882

No. 231. UNITED STATES EX REL. HIRSHBERG v. MAL-ANAPHY, COMMANDING OFFICER. Cooke substituted as the party respondent.

No. 154, Misc. McLAURIN v. MURRAH ET AL. Motion for leave to withdraw the petition for writ of mandamus granted and the clerk is authorized to return the record to the District Court. *Thurgood Marshall, Amos T. Hall, William R. Ming, Jr., James M. Nabrit, Marian Wynn Perry* and *Frank D. Reeves* for petitioner.

No. 231, Misc. ADCOCK ET AL. v. ALBRITTON ET AL. Motion for leave to file petition for writs of injunction and mandamus denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Thurman Arnold* for petitioners.

No. 246, Misc. FOLSOM ET AL. v. ALBRITTON ET AL. Motion for leave to file petition for injunction or other extraordinary relief denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Thurman Arnold, Jack Crenshaw, Files Crenshaw* and *James J. Mayfield* for petitioners.

No. 212, Misc. ENGLE v. STEWART, WARDEN;
No. 225, Misc. IN RE TRANT; and
No. 230, Misc. SCHUMAN v. HEINZE, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 292. SMITH v. UNITED STATES. C. A. 2d Cir. Certiorari granted. *Julian C. Tepper* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Harold D. Cohen* for the United States.